# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JERRY FRASER, ONOFRE RONQUILLO, DEAN KUEHL, ROYCE FLOWERS, RANDAL ROY, DOUGLAS KENNEDY and JAMES ZIMMERMAN<br><br>*Plaintiffs,*<br><br>v.<br><br>**TITAN TRUCKS, INC.**<br><br>*Defendant.* | § § § § § § § § § § § § § § § | Civil Action No. 5:18-cv-00554-R |

## NOTICE OF SETTLMENT

**TO THE HONORABLE DAVID L. RUSSELL:**

Jerry Fraser, Dean Kuehl, Douglas Kennedy, James Zimmerman, Onofre Ronquillo, Royce Flowers, and Randal Roy[1] ("Plaintiffs") and Defendant Titan Trucks, Inc. (collectively, the "Parties") have reached an amicable resolution in principle and request the Court remove this case from its active docket. The parties anticipate filing dismissal documents within thirty (30) days.

---

[1] On October 29, 2019, the Court entered an Order granting Defendant Titan Trucks' Motion to Compel (Doc. No. 45). See Doc. No. 47. In the Order, the Court noted that Plaintiffs McFarland, Estes, and Gibson were required to provide the Court with a certification not later than November 5, 2019 indicating that Plaintiffs' missing discovery responses have been served. In absence of such a certification, the Court would dismiss Plaintiffs McFarland, Estes, and Gibson on November 6, 2019. See Doc. No. 47. To date, Plaintiffs McFarland, Estes, and Gibson have not provided their discovery responses to Defendant. Although the Court has not yet dismissed Plaintiffs McFarland, Estes, and Gibson, the Parties anticipate the Court will Order their dismissal shortly.

Dated: November 11, 2019      Respectfully submitted,

    By:   */s/ Clif Alexander*
          **Clif Alexander** (*Admitted Pro Hac Vice*)
          Texas Bar No. 24064805
          clif@a2xlaw.com
          **Lauren E. Braddy** (*Admitted Pro Hac Vice*)
          Texas Bar No. 24071993
          lauren@a2xlaw.com
          **ANDERSON ALEXANDER, PLLC**
          819 N. Upper Broadway
          Corpus Christi, Texas 78401
          Telephone: (361) 452-1279
          Facsimile: (361) 452-1284

          **Noble K. McIntyre**
          Oklahoma Bar No. 16359
          noble@mcintyrelaw.com
          **MCINTYRE LAW PC**
          8601 S. Western Avenue
          Oklahoma City, Oklahoma 73139
          Telephone: (405) 917-5250
          Facsimile: (405) 917-5405

          **Attorneys in Charge for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Oklahoma, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                      /s/ *Clif Alexander*
                                                      Clif Alexander