UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JERRY FRASER, ONOFRE RONQUILLO,** § <br> **DEAN KUEHL, ROYCE FLOWERS,** § <br> **RANDAL ROY, DOUGLAS KENNEDY** § <br> **and JAMES ZIMMERMAN** § <br> § <br> *Plaintiffs,* § <br> § <br> **v.** § <br> § <br> **TITAN TRUCKS, INC.** § <br> § <br> *Defendant.* § | Civil Action No. 5:18-cv-00554-R |

## ORDER APPROVING FLSA SETTLEMENT AGREEMENT

Before the Court is the parties' Joint Motion to Approve FLSA Settlement and Dismiss Case With Prejudice (Doc. No. #52). The Court GRANTS the Motion and finds that the settlement is a fair and reasonable resolution of a bona fide dispute. The parties have a bona fide dispute on several issues, including liability, applicable defenses, and the appropriate damages, if any. The settlement is a fair and reasonable universal resolution of the case and was negotiated at arms-length with the assistance of qualified counsel.

IT IS THEREFORE ORDERED that the Settlement Agreement is approved in its entirety. All payments as described in the Settlement Agreement are hereby approved, including the payments to the Plaintiffs and Plaintiffs' Counsel's fees and costs.

The Court retains jurisdiction over the parties and the Settlement Agreement for the purposes of enforcing the agreement should any controversy arise about the terms of the Settlement Agreement or any party's performance of its obligations under the Settlement Agreement.

SO ORDERED THIS 31st DAY OF December, 2019.

*[signature: David L. Russell]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE